UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ELISA RICHARDSON O/B/O J.B., | CV 10-01478 (SH) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g).

DATED: June 9, 2011

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE